a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ATEF KHALED ATEF RASHAD MOHAMED,
Petitioner

CIVIL DOCKET NO. 1:26-CV-02245
SEC P

VERSUS

JUDGE ALEXANDER C. VAN HOOK

DIRECTOR ET AL,
Respondents

MAGISTRATE JUDGE PEREZ-MONTES

---

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by counsel on behalf of Petitioner Atef Khaled Atef Rashad Mohamed ("Mohamed"). The Petition was transferred to this Court from the United States District Court for the Southern District of New York because Mohamed was detained at the Alexandria Staging Facility within this judicial district. ECF No. 11.

Counsel did not file an Application to Practice in this Court and a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6. ECF No. 14.

Accordingly, IT IS ORDERED that Mohamed advise the Court within 30 days whether he wishes to proceed with his case pro se. The Clerk is instructed to update Mohamed's address and provide him with a copy of this Order.

SIGNED on Tuesday, September 22, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE